# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2376

_____

| | | |
|---|---|---|
| Michael Dunham Murphy, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Michael Kemna; George Lombardi; | * | |
| Gary B. Kempker; Thomas Clements, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: January 22, 2008
Filed: February 4, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Michael Dunham Murphy appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having conducted de novo review of the record and carefully considered Murphy's arguments, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (standard of review), we find no basis for reversal, see Brockinton v. City of Sherwood, Ark., 503 F.3d 667, 673 (8th Cir.

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

2007) (supervisory liability under § 1983).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.
We deny the pending motion.

_____